UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

PATRICIA COSGROVE

Bankruptcy No. 10-35006
Honorable Daniel Opperman
Chapter 13

Debtorss.
_____/

PATRICIA COSGROVE

Adversary Case No.

Plaintiffs,

v.

PNC BANK, AS SUCCESSOR OF NATIONAL CITY BANK and

GREEN TREE

Jointly and Severally,

Defendant.
_____/

### CERTIFICATION OF SERVICE

I, **KIM HER**, an employee of CHIMKO & ASSOCIATES, P.C., 26212 Woodward Ave., Royal Oak, Michigan 48067 certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age:

That on October 5, 2010, I served a copy of the within summons together with the complaint filed in this proceeding, on the named defendant in this proceeding, by certified mail:

the said defendant at:

Joseph C. Guyaux
President
PNC Bank, As Successor of National City Bank
One PNC Plaza, 249 Fifth Avenue
Pittsburgh, PA 15222

Green Tree Servicing, LLC
CT Corporation System, Resident Agent
319 S. Coteau St.,
Pierre, SD 57501-3108

I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2010          /s/ *Kim Her*
                                      Kim Her

26212 Woodward Ave., Royal Oak, Michigan 48067

** State post office address